IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> v.<br><br>BRANDON MICHAEL WEBB<br>[DOB: 08/18/1998],<br><br>        Defendant. | Case No. _____<br><br>**COUNT ONE:**<br>*(Felon in Possession of a Firearm)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 years' imprisonment<br>NMT $250,000 fine<br>NMT 3 years' supervised release<br>Class C felony<br><br>$100 mandatory special assessment |

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Felon in Possession of a Firearm*

On or about March 24, 2022, in the Western District of Missouri, the defendant, BRANDON MICHAEL WEBB, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: Sig-Sauer, Model P229, .9mm caliber pistol with serial number 55B074559, and the firearm was in an affecting commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                       A TRUE BILL.

11/17/2022                  */s/ Bertha Ross*
DATE                       FOREPERSON OF THE GRAND JURY

*/s/ Gregg Coonrod*
Gregg Coonrod
Assistant United States Attorney
Western District of Missouri