UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western ☐ St. Joseph<br>☐ Central ☐ Southern<br>☐ Southwestern | | Jackson County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name: Brandon Michael Webb
Alias Name:
Birthdate: 8/18/1998

**Related Case Information**
Superseding Indictment/Information ☐ Yes ☑ No  if yes, original case number
New Defendant ☐ Yes ☑ No
Prior Complaint Case Number, if any
Prior Target Letter Case Number, if any

**U.S. Attorney Information**
AUSA Gregg R. Coonrod

**Interpreter Needed**
☐ Yes   Language and/or dialect
☑ No

**Location Status**
Arrest Date 10/7/2022
☐ Currently in Federal Custody
☑ Currently in State Custody
☐ Currently on Bond

Writ Required ☐ Yes ☑ No
Warrant Required ☑ Yes ☐ No

**U.S.C. Citations**
Total # of Counts    1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Felon in Possession of a Firearm | 1 |

(May be continued on reverse)

Date 11/10/22          Signature of SAUSA /s/Gregg R. Coonrod